IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LUIS RIVERA-OTERO,**

**Plaintiff,**

**v.**  CIVIL NO. 15-1661 (GAG)

**AMGEN Manufacturing Limited,**

**Defendant.**

## JUDGMENT

Pursuant to the parties' joint informative motion (Docket No. 29), **JUDGMENT** is hereby entered **DISMISSING without prejudice** all claims against Defendant.

**SO ORDERED.**

In San Juan, Puerto Rico this 6th day of June, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge